IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

**Rolland Carrol Huddleston and
Lola Frances Huddleston**

    Debtor(s).

    CASE NO. 09-23712-PGH
    CHAPTER 7

_____/

## MOTION FOR RELIEF FROM STAY

**"Any interested party who fails to file and serve a written response to this motion on or before August 15 2009, which is 10 days after the August 05, 2009 341 meeting shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion."**

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now, WELLS FARGO BANK, NA ("Movant"), its successors and/or assigns, seeking modification of the automatic stay pursuant to § 362(d)(1) and (d)(2) of the Bankruptcy Code and would show the Court as follows:

    1.    On July 06, 2009, Rolland Carrol Huddleston and Lola Frances Huddleston ("Debtor" as used herein shall include both Debtors in a joint case), filed for relief under Chapter 7 of the U.S. Bankruptcy Code.

    2.    Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362, and Fed.R.Bankr.P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

    3.    On July 09, 2007, Lola F. Huddleston, executed and delivered a Promissory Note (the "Note") payable to the order of Wells Fargo Bank, N.A. in the principal amount of $191,000.00. To secure the payment of the Note, Rolland C. Huddleston and Lola F. Huddleston executed a Mortgage (the "Mortgage"). Said Mortgage was recorded in Official Records Book 2083, at Page 1372, of the Public Records of HIGHLANDS County, Florida on July 16, 2007. (A

copy of the Mortgage, together with the Note and Assignments as applicable, are attached hereto as Composite Exhibit "A").

4. Movant is entitled to enforce the Note and Mortgage as evidenced by the Note and Mortgage.

5. The Debtor has not declared the following described property as exempt:

**LOT 53, PINE AND LAKE SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 14, PAGE 3, OF THE PUBLIC RECORDS OF HIGHLANDS COUNTY, FLORIDA**

**a/k/a 2211 Pinewood Blvd, Sebring, FL  33870.**

6. The 341 Meeting is scheduled to be held on August 5, 2009.

7. The Debtor is in default.  The last payment received was applied to the June 01, 2008 payment.  In the event the Debtor elects to make payments, Movant's payment address is 1 Home Campus  Bankruptcy Payment Processing  MAC# X2501-01D, Des Moines, IA  50328.

8. As set forth in the Affidavit and Indebtedness Worksheet attached to this Motion, Movant's payoff is in excess of $204,284.55 and its indebtedness continues to accrue interest.  Said Affidavit and Indebtedness Worksheet is attached hereto as Exhibit "B".

9. According to the Debtor(s) Schedule D, the value of the property is $149,411.00.

10. When considering legal fees, carrying costs, closing charges, and Realtor commissions, it is evident that there is little or no equity for the benefit of other creditors; moreover, Movant, contends that any equity over and above the indebtedness, should it exist, does not constitute adequate protection as contemplated by the U.S. Bankruptcy Code.

11. The Debtor has failed to timely meet and satisfy the payment requirements with respect to the obligations set forth in the Note.  Movant's indebtedness continues to accrue interest while receiving no payments to protect it against the erosion of its collateral position.  Furthermore, Movant is not otherwise being adequately protected while the Debtor continues to enjoy the benefits of the collateral.

12. The Debtor filed a Chapter 7 case and therefore, no reorganization is contemplated.

13. If Movant is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

14. Movant requests this Court to allow future communications with the Debtor in order to offer and provide information in regard to a potential Forbearance Agreement, Loan

Modification, Refinance Agreement or other Loan Workout/Loss Mitigation Agreement, and furthermore, to enter into such agreement with the Debtor. Movant acknowledges that such communications shall be limited and it shall not enforce or threaten to enforce any personal liability against the Debtor that is discharged in this bankruptcy.

15. Once the stay is terminated, the Debtor will have minimal motivation to insure, preserve, or protect the collateral; therefore, Movant requests that the Court waive the 10-day stay period imposed by the order terminating the stay under Fed.R.Bankr.P. 4001(a)(3).

16. Movant has conferred with counsel for the Debtor and the Trustee in an attempt to obtain consent to the filing of this Motion; however, Trustee consent has not been received. Debtor consent is attached hereto as Exhibit "C".

**WHEREFORE**, Movant prays that this Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Movant to take all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, and to have such other and further relief as is just.

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

### CERTIFICATE PURSUANT TO LOCAL RULE 9073-1(D)

I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

>Florida Default Law Group, P.L.
>P.O. Box 25018
>Tampa, Florida  33622-5018
>Phone  (813) 251-4766
>Fax  (813) 251-1541
>
>By:  /s/ WAYNE B. SPIVAK
>WAYNE B. SPIVAK
>FLORIDA BAR NO. 38191
>ATTORNEY FOR WELLS FARGO BANK, NA

B09074113

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Stay have been furnished by regular U.S. Mail to all parties listed below this 27 day of July, 2009.

Rolland Carrol Huddleston
2760 Highway 27 North
Sebring, FL 33870

Lola Frances Huddleston
2760 Highway 27 North
Sebring, FL 33870

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Stay have been furnished by Electronic Mail to all parties listed below this 27 day of July, 2009.

Sean M Murray
smurray1710@comcast.net

Michael Bakst, Trustee
efilemrb@ruden.com

> Florida Default Law Group, P.L.
> P.O. Box 25018
> Tampa, Florida 33622-5018
> Phone (813) 251-4766
> Fax (813) 251-1541
>
> By: /s/ WAYNE B. SPIVAK
>  WAYNE B. SPIVAK
>  FLORIDA BAR NO. 38191
>  ATTORNEY FOR WELLS FARGO BANK, NA