UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, SOUTHERN
WEST PALM BEACH
www.flsb.uscourts.gov

CASE NO.: 09-23712-BKC-PGH
Chapter 7

In Re:

**HUDDLESTON, ROLLAND CARROL**
**HUDDLESTON, LOLA FRANCES**

    Debtor(s).
_____/

## TRUSTEE'S REPORT OF ABANDONMENT

THE FOLLOWING ITEMS of property were abandoned by MICHAEL R. BAKST, Trustee in Bankruptcy herein, at the Sec. 341 Meeting of Creditors held on 08/05/09.

| Item Abandoned | Name of Lienholder |
|---|---|
| 1) 2211 Pinewood Blvd, Sebring, FL | Wells Fargo |
| 2) 3266 Main Street, Cottondale, FL | Capital City Bank |
| 3) 2798 Highway 231, Cottondale, FL | Capital City Bank |
| 4) 1997 Dodge Caravan | N/A |
| 5) 2001 Mercury Grand Marquis 4D | N/A |
| 6) 2004 Ford Explorer Sport Utility 4D | Suntrust Bank |
| 7) 2000 Dodge Stratus ES | N/A |

DATED:    08/05/09

_____
MICHAEL R. BAKST, TRUSTEE
PMB 702, 222 Lakeview Avenue, Suite 160
West Palm Beach FL 33401
(561) 838-4539