```
Label Matrix for local noticing        Capital City Bank                      Wells Fargo Bank, NA
113C-9                                 c/o Charles W. Throckmorton            P.O. Box 25018
Case 09-23712-PGH                      2525 Ponce de Leon, 9th Floor          Tampa, FL 33622-5018
Southern District of Florida           Coral Gables, FL 33134-6039
West Palm Beach
Mon Sep 14 13:27:03 EDT 2009

BP Credit Card                         Bank of America                        CMRE Financial Services, Inc.
P.O. Box 15298                         P.O. Box 15019                         3075 E. Imperial Highway, #200
Wilmington, DE 19850-5298              Wilmington, DE 19886-5019              Brea, CA 92821-6753


Capital City Bank                      Capital One                            Captial City Bank
P.O. Box 900                           P.O. Box 26074                         P.O. Box 900
Tallahassee, FL 32302-0900             Richmond, VA 23260-6074                Tallahassee, FL 32302-0900


Chase Cardmember Services              (p)DISCOVER FINANCIAL SERVICES LLC     Eric H.Holder, Jr.
P.O. Box 15153                         PO BOX 3025                            Attorney General of the U.S.
Wilmington, DE 19886-5153              NEW ALBANY OH 43054-3025               950 Pennsylvania Ave., NW.
                                                                              Room 4400
                                                                              Washington, DC 20530-0009

Florida Default Law Group, P.L.,       Gardner, Bist, Weiner, Wadsworth &     Gardner, Bist, Wiener, Wadsworth &
Samantha A. Satish, Esq.               Bowden, P.A.                           Bowden, P.A.
P.O. Box 25018                         1300 Thomaswood Drive                  1300 Thomaswood Drive
Tampa, FL 33622-5018                   Tallahassee, FL 32308-7914             Tallahassee, FL 32308-7914


Heartland Medical Center               Highlands Independent Bank             (p)INTERNAL REVENUE SERVICE
4200 Sun N Lake Blvd.                  2600 U.S. Highway 27 N                 CENTRALIZED INSOLVENCY OPERATIONS
Sebring, FL 33872-1986                 Sebring, FL 33870-1871                 PO BOX 21126
                                                                              PHILADELPHIA PA 19114-0326


Lowe's                                 Office of the US Trustee               Special Assistant United States Attorney
P.O. Box 981064                        51 S.W. 1st Ave.                       Associate Area Counsel (SBSE)-Ft. Laud.
El Paso, TX 79998-1064                 Suite 1204                             Royal Palm Bldg.
                                       Miami, FL 33130-1614                   1000 South Pine Island Rod., Ste. 300
                                                                              Fort Lauderdale, FL 33324-3910

Sprint                                 Suntrust Bank                          Wells Fargo
PO Box 4191                            P.O. Box 4418                          P.O. Box 10368
Carol Stream, IL 60197-4191            Atlanta, GA 30302-4418                 Des Moines, IA 50306-0368



Lola Frances Huddleston                Michael R Bakst                        Rolland Carrol Huddleston
2760 Highway 27 North                  PMB 702                                2760 Highway 27 North
Sebring, FL 33870-1623                 222 Lakeview Ave #160                  Sebring, FL 33870-1623
                                       West Palm Beach, FL 33401-6101



Sean M Murray Esq
1147 S Ocean Dr
Ft. Pierce, FL 34949-3335
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Card<br>P.O. Box 15316<br>Wilmington, DE 19850 | Internal Revenue Service<br>Dept of Treasury<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Insolvency Group, Unit 1<br>Stop 5730<br>7850 SW 6th Court, Room 165<br>Fort Lauderdale, FL 33324 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28